UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHAD STAR TAYLOR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-218-G |
| | ) |
| **SCOTT CROW,** | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green on March 28, 2022 (Doc. No. 5). Judge Green recommended that Petitioner Chad Star Taylor's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Petitioner's ability to pay the required filing fee.

Petitioner has now submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 6.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 5) in its entirety.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Green for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 17th day of June, 2022.

*[signature]*

CHARLES B. GOODWIN
United States District Judge